# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DARRALYN C. COUNCIL,

    **Plaintiff,**

v.

Case No: 6:17-cv-1343-Orl-18KRS

EQUIFAX, EXPERIAN, TRANSUNION
and GOLD KEY CREDIT, INC.,

    **Defendants.**

## ORDER

This cause came on for consideration on Plaintiff Darralyn C. Council's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), which was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation. On August 8, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 8), to which no timely objections were filed. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 8) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Darralyn C. Council's Complaint (Doc. 1) is **DISMISSED** without prejudice.

3. The Clerk of Court is **DIRECTED** to terminate Plaintiff Darralyn C. Council's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2).

4. The Clerk of Court is further **DIRECTED** to strike Plaintiff Darralyn C. Council's Amended Complaint (Doc. 9), filed on August 21, 2017.

5. Plaintiff Darralyn C. Council is granted leave to do the following no later than twenty-one (21) days after the entry date of this Order;

    a. File an amended complaint; and

    b. Pay the filing fee in full or file a motion to proceed *in forma pauperis*.

6. Failure to timely file an amended complaint and to also timely pay the filing fee or file a motion to proceed *in forma pauperis* will result in the case being closed without further notice.

**The Clerk is directed to send a copy of this Order to Plaintiff Darralyn C. Council by regular and certified mail.**

**DONE AND ORDERED** in Orlando, Florida, this __19__ day of September, 2017.

                                                  **G. KENDALL SHARP**
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Unrepresented Parties